UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 22-CV-01803-VMC-MRM

WINDY LUCIUS

    Plaintiff,

v.

CHILI PEPPER OF ROCKY POINT, INC.
d/b/a THE RUSTY PELICAN (TAMPA),
and SPECIALTY RESTAURANTS CORPORATION.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendants, CHILI PEPPER OF ROCKY POINT, INC. d/b/a THE RUSTY PELICAN (TAMPA), and SPECIALTY RESTAURANTS CORPORATION, Plaintiff, WINDY LUCIUS, hereby gives notice that she voluntarily dismisses this action against Defendants with prejudice, and requests that this Court terminate the action.

Respectfully submitted on this October 5, 2022.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    FBN: 628166

Lucius v. Chili Pepper of Rocky Point, Inc. et al.<br>
Case No.: 22-CV-01803-VMC-MRM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

> By: */s/ J. Courtney Cunningham*
> J. Courtney Cunningham, Esq.
> J. COURTNEY CUNNINGHAM, PLLC
> 8950 SW 74th Court, Suite 2201
> Miami, Florida 33156
> T:  305-351-2014
> cc@cunninghampllc.com
> legal@cunninghampllc.com
>
> *Counsel for Plaintiff*